IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:21-cr-20 (WLS-TQL) |
| CHRISTOPHER MAYO, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

On October 27, 2021, the Court held a hearing to address Defendant Mayo's Motion to Suppress evidence in this case. (Doc. 32.) Present at the hearing were Defendant Mayo, Defendant's counsel, and counsel for the Government. After hearing from both Parties as to how they would like to proceed, the Court instructed that both Parties may file a supplemental brief following the availability of the hearing transcript if they so desire. Once the transcript is available on the record, the Defendant shall have **fourteen (14) days** from the transcript's publication to file his supplemental brief. The Government shall then have **fourteen (14) days** following the filing of Defendant's brief to file its response. Thereafter, Defendant shall have **seven (7) days** to file a reply. If Defendant chooses not to file a supplemental brief, the Government may do so within **fourteen (14)** days from the transcript's publication or the expiration of the time for Defendant to file his supplemental brief, whichever is later. Motions for additional time to file supplemental briefing will be permitted and considered accordingly.

**SO ORDERED**, this 27th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1