IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :  Case No.: 7:21-CR-20 (WLS-TQL-1) |
| CHRISTOPHER MAYO, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

The Court received a letter/motion from Defendant Mayo on January 9, 2023. Therein, Defendant states that he is proceeding pro se and asks the Court to reschedule his sentencing hearing that is scheduled for January 19, 2023, because he recently requested a withdrawal of his plea (Doc. 63) and requested a new attorney (Doc. 64). For reasons stated below, Defendant's motion is **DENIED**.

First, the Court already canceled the sentencing hearing set for January 19, 2023, in its Order issued on January 4, 2023. (Doc. 65). Therefore, Defendant's motion is moot.

Second, also in that Order, the Court did not make any ruling or decision on Defendant's request for a new attorney. Instead, the Court simply announced that it will hold two hearings: a hearing on the attorney representation and a hearing on Defendant's motion to withdraw his plea. (*Id.*) As such, Defendant is still represented by his current attorney. Under Local Rule 5.5,[1] no pro se briefs, pleadings, or other papers for filing shall be accepted when a party is represented by counsel. *See also Ruiz v. Wing*, 991 F.3d 1130, 1144 (11th Cir. 2021) ("It is the law of [the Eleventh] Circuit that the right to counsel and the right to proceed pro se exist in the alternative and the decision to permit a defendant to proceed in a hybrid fashion

---

[1] In any case where a party is represented by counsel, the Clerk shall not accept pro se briefs, pleadings, or other papers for filing from the represented party. The Clerk shall acknowledge receipt and notify the party that the documents are not being filed. The Clerk shall forward the documents to the party's attorney of record. The Court will accept pro se motions in proper form addressing the removal of counsel. M.D. Ga. L. R. 5.5.

1

rests in the sound discretion of the trial court. We also give great deference to a district court's interpretation of its local rules.") (citations omitted).

Therefore, Defendant's motion is **DENIED**. Additionally, for the purposes of record, the instant motion has been forwarded to his current lawyer and the Government. Counsel for Defendant shall provide a copy of this Order to the Defendant.

**SO ORDERED**, this __11th__ day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**