IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-20 (WLS-TQL-1) |
| CHRISTOPHER MAYO, | : |
| | : |
| Defendant. | : |

### ORDER

Before the Court is Defendant Mayo's Unopposed Motion to Continue the Hearing on the Motion to Withdraw Guilty Plea. (Doc. 71). Therein, Defense Counsel states that due to being recently appointed as Defendant's Counsel, she needs additional time to prepare for the hearing and to become familiar with the case. (*Id.*) She also notes that Government does not oppose the instant motion to continue the hearing. (*Id.*)

Based on the above-stated reasons, the Court finds good cause in the public's interest to grant a continuance. Therefore, the Motion to Continue the Hearing on Motion to Withdraw Guilty Plea (Doc. 71) is **GRANTED**. The hearing currently set for February 1, 2023 is **CONTINUED**. The hearing will be rescheduled by separate notice. Moreover, the Court **ORDERS** that the time of "delay resulting from any pretrial motion, from the filing of through the conclusion of the hearing on, or other prompt disposition of, such motion" is **EXCLUDED FROM COMPUTATION** under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED**, this __30th__ day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**