IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| CHRISTOPHER MAYO, | : Case No.: 7:21-CR-20 (WLS-TQL-1) |
| Defendant. | : |

**ORDER**

The Court held a hearing on Defendant's Motion to Withdraw Guilty Plea (Doc. 63 & Doc. 78) on Thursday, April 6, 2023, at 2 PM in the Albany Courthouse. Counsel for Government, Defense Counsel, Defendant, and Defendant's former Counsel attended the hearing.

After hearing from both Parties, the Court instructed that both Parties may file a post-hearing brief following the availability of the hearing transcript. Once the transcript is available on the record, the Defendant shall have **fourteen (14) days** from the transcript's publication to file his post-hearing brief in support of his Motion. Following the filing of Defendant's brief, the Government shall have **fourteen (14) days** to file its response. Thereafter, Defendant shall have **seven (7) days** to file a reply.

**SO ORDERED**, this __7th__ day of April 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1