IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :  Case No.: 7:21-CR-20 (WLS-TQL-1) |
| CHRISTOPHER MAYO, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

The Court received a letter (Doc. 91) from Defendant Mayo on May 4, 2023. Therein, Defendant alleges that Mr. Bubsey, his former Counsel, is "marine buddies" with the officers who arrested the Defendant, and that Mr. Bubsey is "willing to lie and sabotage" his case. (Doc. 91). Defendant also requests the Court to "look into his case a little deeper" so that the Court can "see" that his arrest is about "retaliation and revenge." (*Id.*)

## RELEVANT PROCEDURAL HISTORY

The Court held two hearings that involved Mr. Bubsey pursuant to Defendant's Motions on a Change of Attorney and Withdrawal of Guilty Plea.

On January 19, 2023, the Court held a hearing on Mr. Bubsey's representation of Defendant Mayo. (Doc. 69). The Court conducted an extensive inquiry into Mr. Bubsey's performance as Defense Counsel and his representation of Defendant. (*Id.*) After fully hearing from Defendant Mayo, Mr. Bubsey, and the Government, and after reviewing the record, the Court found that Defendant Mayo failed to show any failure on part of Mr. Bubsey or show that Mr. Bubsey rendered ineffective assistance. (*Id.*) Nevertheless, both Mr. Bubsey and Defendant Mayo stated that their relationship had been "irretrievably broken,"

making it clear to the Court that they would not be able to work together on this case going forward. (*Id.*) For that reason, the Court granted Defendant Mayo's request for a change of attorney. (*Id.*) Thereafter, United States Magistrate Judge Thomas Q. Langstaff appointed Ms. Ashley Carnage to represent Mr. Mayo on January 23, 2023. (Doc. 70).

On April 2, 2023, Ms. Carnage filed an Amended Motion to Withdraw Plea of Guilty on behalf of Defendant Mayo. (Doc. 78). On April 7, 2023, a hearing on Defendant's Motion to Withdraw Plea of Guilty occurred. (Doc. 86, *minute entry*). At the hearing, Mr. Bubsey and Defendant Mayo testified as to Mr. Bubsey's performance and representation of Defendant Mayo. The Government and Ms. Carnage conducted direct and cross examination of both Mr. Bubsey and Defendant Mayo. (Doc. 89). After the conclusion of the hearing, the Court entered an Order (Doc. 85), instructing the Parties that once the transcript of the hearing becomes available on the record, the Defendant shall have fourteen days from the publication of the transcript to file his post-hearing brief. Thereafter, the Government will have fourteen days to file a response. Afterwards, Defendant will have seven days to file a reply. (Doc. 85).

The transcript became available on April 20, 2023. (Doc. 89). Ms. Carnage timely filed a Response in Support of Motion to Withdraw Guilty Plea on April 30, 2023. (Doc. 90). The Government filed its Response (Doc. 92) on May 12, 2023. On May 4, 2023, the Court received the instant letter (Doc. 91) written by Defendant Mayo.

## **DISCUSSION**

Under Local Rule 5.5,[1] no pro se briefs, pleadings, or other papers for filing shall be accepted when a party is represented by counsel. *See also Ruiz v. Wing*, 991 F.3d 1130, 1144 (11th Cir. 2021) ("It is the law of [the Eleventh] Circuit that the right to counsel and the right to proceed pro se exist in the alternative and the decision to permit a defendant to proceed in a hybrid fashion rests in the sound discretion of the trial court. We also give great deference to a district court's interpretation of its local rules.") (citations omitted). Accordingly, Defendant's letter (Doc. 91) will not be considered by the Court as it stands. These are new allegations about revenge and retaliation made in his pro se letter. Because Defendant is represented by Ms. Carnage, this pro se letter will not be accepted by the Court. M.D. Ga. L. R. 55. The letter was filed only because it was mailed directly to the Court and for Court review purposes only. The Court also notes that this is not the first time the Court informed Defendant about pro se briefs, pleadings, or other papers filed from a party already represented by attorneys. In January of 2023, the Court had received a letter from Defendant Mayo, in which the Court entered an Order (Doc. 67), explaining that the Court will not accept that pro se letter because Defendant Mayo was being represented by Mr. Bubsey at that time. (Doc. 67). If Defendant wants to make requests to the Court, the Defendant shall speak with Ms. Carnage, his Counsel, and file an appropriate motion for the

---

[1] In any case where a party is represented by counsel, the Clerk shall not accept pro se briefs, pleadings, or other papers for filing from the represented party. The Clerk shall acknowledge receipt and notify the party that the documents are not being filed. The Clerk shall forward the documents to the party's attorney of record. The Court will accept pro se motions in proper form addressing the removal of counsel. M.D. Ga. L. R. 5.5.

3

Court's consideration. To be clear, Defendant Mayo may not expand or extend his previous testimony by letter to the Court. The record on the matter was released on April 7, 2023.

Additionally, as to the Defendant's request to the Court to "look into [his] case a little deeper," the Court reminds Defendant that two hearings have taken place pursuant to Defendant's Motions for Change of Attorney and Withdrawal of Guilty Plea to ensure proper determinations can be made by the Court as to those requests. The hearing on a request for a change of attorney took place on January 20, 2023, and the Court granted that request based on the finding that Defendant's relationship with Mr. Bubsey had been irretrievably broken, which led to the appointment of Ms. Carnage as Defendant's attorney. Moreover, the hearing on Defendant's Motion for Withdrawal of Guilty Plea took place on April 7, 2023, where both Mr. Bubsey and Defendant Mayo testified, and both the Government and Ms. Carnage had opportunities to conduct direct and cross examinations on Mr. Bubsey's performance and representation of Defendant Mayo and whether sufficient grounds exist to allow Defendant to withdraw his plea of guilty. Since the Government filed its Response (Doc. 92) on May 12, 2023, Defendant has until Friday, May 19, 2023, to file his Reply. Thereafter, the Court will assess both Parties' arguments in their briefs along with the hearing's transcript and the relevant record to determine whether to grant Defendant's Motion to Withdrawal of Guilty Plea.

For reasons stated above, Defendant's letter is **DISMISSED**.

**SO ORDERED**, this __15th__ day of May 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

4