# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-CR-20 (WLS-TQL) |
| | : | |
| CHRISTOPHER MAYO, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

On June 13, 2024, the Court issued an Order (Doc. 123), instructing Defendant to show cause as to why Document 84 should not be unsealed or disclosed to the Government within seven days of entry of said Order. The Court issued said Order (Doc. 123) when the Government reached out to the Courtroom Deputy and requested a copy of the Sealed Document (Doc. 84) because the Government stated that it is working on the appeal of the above-styled matter. Thereafter, upon review of the docket and the Sealed Document (Doc. 84) and after conferring with the Clerk, the Court noted that it was unclear how and why the Document (Doc. 84) was sealed in the first place, given that there was no Order on the docket that instructed said Document to be sealed.

More than seven (7) days have passed since entry of the Order that ordered Defendant to show cause as to why the Sealed Document (Doc. 84) should not be unsealed or shared with the Government. Defendant has not filed any response to the Order. Therefore, the Document (Doc. 84) is **ORDERED UNSEALED** to the extent that it may be provided to Counsel for the Government and made available for the record on appeal. The Clerk is **DIRECTED** to give access to the Sealed Document (Doc. 84) to Counsel for the Government and so that the document may be added, if desired, to the record of appeal.

**SO ORDERED**, this 25th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1